**Thomas M. Broderick**

| Nationality | United States |
|---|---|
| Education | MS, Economics, University of Wisconsin, Madison, 1981<br>BS, Economics, Arizona State University, Tempe, 1979 |
| Years of Prof. Exp. | 33 years utility and regulatory related experience |
| International Experience | Ukraine, Kenya, Ethiopia, Tanzania, Liberia, Bangladesh, Indonesia, and Kosovo |
| Languages | English (native), Russian and German (beginning) |

**CAREER SUMMARY 1982 - 2017**

Utility Regulatory Litigation Support Consultant for US DOJ, September 2017 - present.

Director, Utilities Division, Arizona Corporation Commission (ACC), Phoenix, Arizona July 2015 - December 2016.

Field Team Lead, USAID's Power Africa Project, Deloitte Consulting, Nairobi, Kenya, September 2013 - August 2014.

Director, Rates and Regulation, EPCOR & American Water, Arizona, 2004 - August 2013.

Director, External Affairs, West Region, PG&E National Energy Group, Arizona, New Mexico, Colorado, 2001 - 2003.

Senior Energy Advisor, USAID, Kiev, Ukraine, 1999-2000.

Energy, Regulatory and Litigation Support Consultant, self-employed: Kosovo Electricity Corporation ("KEK"), European Union 2003; Institute of International Education, Bangladesh & Indonesia, 2003; PG&E Energy Services Corporation, Arizona, Colorado, New Mexico, Nevada and Utah, 1997-1998; Arizona School Boards Association, 1998; Goldwater Institute, 1997; Elliott D. Pollock & Company, 1997; and Ernst & Young, 1997.

Planning Manager (1994-1996), Supervisor, Forecasts, Supervisor Regulatory Affairs, & Chief Economist (1984-1994), Arizona Public Service Company (an electric utility), Arizona and Washington, D.C.

Miller Brewing Company, Market Research Analyst, 1982 - 1984.
Illinois Health Finance Authority, Economist, Chicago, Illinois 1981 - 1982.

PIERCE_OTHER_008331

Lecturer, Economics, University of Wisconsin – Milwaukee & Marquette University, 1982 - 1983.

PIERCE_OTHER_008332