**ASHLEY D. ADAMS, PLC**
**Ashley D. Adams, 013732**
4301 N. 75th Street
Suite 105
Scottsdale AZ 85251
Phone: (480) 219-1366
Facsimile: (480) 219-1451
aadams@azwhitecollarcrime.com
Attorney for Defendant Sherry Ann Pierce

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Gary Leonard Pierce, George Harry Johnson, James Franklin Norton and Sherry Ann Pierce,<br><br>Defendants. | No. CR17-713-PHX-JTT<br><br>**DEFENDANT SHERRY PIERCE'S EXPEDITED MOTION TO DETERMINE THE ADMISSIBILITY OF THE PIERCES' OPENING STATEMENT PRESENTATION**<br><br>**(Defendant Out of Custody)** |

Defendant Sherry Pierce, by and through undersigned counsel, hereby moves this court for an expedited determination of the Pierces Opening Statement Presentation which can be found at https://prezi.com/view/jSpbtLZe3qA4jnPEEPbL/. Counsel does not have access to this program, other than through the Internet, as she does not own the requisite software-it is web based. The Court may access the presentation simply by clicking on the link.

The government objects, primarily, to the family pictures included in the Presentation. (*See* e mail from Fred Battista to Ashley Adams dated May 29, 2018.) The basis for his

objection, Mr. Battista states, is that Defendants are attempting to garner sympathy from the jury. Such is not the case. The Pierces are in the fight of their lives. The government has accused the Pierces of bribery, dishonesty, and fraud. The government has dragged the Pierces' name through the mud. The government has even tried to drag the Pierces' children into this case. The government's own PowerPoint depicts the defendants' "mugshots" in circles with arrows and dollar signs, suggesting a conspiracy. The Pierces have a right to show who they really are.

Part of the Pierce's defense is to show that they would not have risked everything they have built, stood for, and have done for the last 30 years for $31,000, or for any amount of money, for that matter. They are entitled to show they have four successful sons. They are entitled to show they have 13 grandchildren. The Pierces are a close-knit family, and spend every Sunday together. They are entitled to show that they have served Arizona for the last 30 years. The government does not like the pictures because they portray the Pierces as real people, and not the villians the government has tried to make them out to be. The pictures do not inflame the passions of the jury in any way-they simply show that the Pierces are real people, and a real family. The pictures are of real events, and were not created, or staged. The Presentation is intended to be illustrative of the Pierces' lives, which is part of their defense. The fact that these pictures may hurt the government's case is not grounds to strike them.

Therefore, Defendants respectfully requests that this Court issue an Order allowing them to proceed with their Opening Statement Presentation, the link which has been included herein.

RESPECTFULLY SUBMITTED this 29th of May, 2018.

**ASHLEY D. ADAMS, PLC**

By: *s/Ashley D. Adams*
    Ashley D. Adams
    Attorney for Defendant Sherry Ann Pierce

CERTIFICATE OF SERVICE

I hereby certify that on May 29th, 2018, I electronically transmitted foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ ECF registrants:

THE HONORABLE JOHN J. TUCHI
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Phoenix, AZ 85003-2156
Phone: (602) 322-7510
tuchi_chambers@usd.uscourts.gov


Fred Battista
Assistant U.S. Attorney
United States Attorney's Office
Two Renaissance Square
40 North Central Avenue, Ste 1200
Phoenix, Arizona 85004
Fred.Battista@usdoj.gov


Frank Galiti
Assistant U.S. Attorney
United States Attorney's Office
Two Renaissance Square
40 North Central Avenue, Ste 1200
Phoenix, Arizona 85004
Frank.Galati@usdoj.gov

Pat Gitre
Patricia A. Gitre PLC
801 N. 1ST Avenue

Phoenix, Arizona  85003
602-320-0314
patgitre@patriciagitre.com

Ivan K. Mathew
Susan Mathew
Mathew & Associates
6245 N. 24th Parkway, Suite 207
Phoenix, Arizona 85016
602-254-8088
ikmathew@mathewlaw.com

Hannah Porter
Woodrow Thompson
Gallagher & Kennedy
2575 E. Camelback Road, Suite 1100
Phoenix, AZ 85016-9225
Hannah.porter@gknet.com
woody.thompson@gknet.com

*s/ Mali Evans*
Mali Evans
Legal Assistant to Ashley D. Adams

**ASHLEY D. ADAMS, PLC**
4301 N. 75th Street, Suite 105
Scottsdale, AZ 85251
(480) 219-1366
(480) 219-1366