**ASHLEY D. ADAMS, PLC**
Ashley D. Adams, 013732
4301 N. 75th Street
Suite 105
Scottsdale AZ 85251
Phone: (480) 219-1366
Facsimile: (480) 219-1451
aadams@azwhitecollarcrime.com
Attorney for Defendant Sherry Ann Pierce

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR17-713-PHX-JTT |
| Plaintiff, | |
| v. | **DEFENDANT SHERRY PIERCE'S MOTION TO ALLOW CONGRESSMAN ANDY BIGGS TO APPEAR VIA VIDEO-TELECONFERENCE AT TRIAL** |
| Gary Leonard Pierce, George Harry Johnson, James Franklin Norton and Sherry Ann Pierce, | |
| Defendants. | **(Defendant Out of Custody)** |

Defendant Sherry Pierce, by and through undersigned counsel, hereby moves this court to issue an Order allowing witness Congressman Andy Biggs to appear via video-teleconference to testify during the trial in this matter. The reasons for this request are as follows:

Congressman Biggs will be in in Washington, D.C for the entire month of June, 2018, as Congress is in session during that time. The only days that he is typically in Arizona during the week is Mondays, and there is no trial on Mondays. Mr. Biggs is willing to testify,

however, he has requested that he be permitted to appear via video teleconference. Counsel is currently working with Mr. Biggs' staff to find a convenient date, and it seems that Wednesday, June 20, 2018 at 9:00 am MST (12:00 pm EST). He is not available on June 19, 2018, when some of the other VTC as he will be traveling back to Washington D.C. on that date.

Undersigned has consulted with the AUSA assigned to this matter, Fred Battista, and all of the other defendants' counsel, all of whom has advised that they have no objection to this request.

Therefore, Defendant respectfully requests that this Court issue an Order allowing Congressman Andy Biggs to appear via video-teleconference for his testimony during the trial in this matter, preferably on Wednesday, June 20, 2018 at 9:00 am MST (12:00 pm EST).

RESPECTFULLY SUBMITTED this 29th of May, 2018.

**ASHLEY D. ADAMS, PLC**

By: *s/Ashley D. Adams*
    Ashley D. Adams
    Attorney for Defendant Sherry Ann Pierce

CERTIFICATE OF SERVICE

I hereby certify that on May 29th, 2018, I electronically transmitted foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ ECF registrants:

THE HONORABLE JOHN J. TUCHI
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Phoenix, AZ 85003-2156
tuchi_chambers@usd.uscourts.gov

2

| | |
|---|---|
| 1 | Fred Battista |
| | Assistant U.S. Attorney |
| 2 | United States Attorney's Office |
| | Two Renaissance Square |
| 3 | 40 North Central Avenue, Ste 1200 |
| | Phoenix, Arizona 85004 |
| 4 | Fred.Battista@usdoj.gov |
| 5 | Frank Galiti |
| | Assistant U.S. Attorney |
| 6 | United States Attorney's Office |
| | Two Renaissance Square |
| 7 | 40 North Central Avenue, Ste 1200 |
| | Phoenix, Arizona 85004 |
| 8 | Frank.Galati@usdoj.gov |
| 9 | Pat Gitre |
| | Patricia A. Gitre PLC |
| 10 | 801 N. 1ST Avenue |
| | Phoenix, Arizona 85003 |
| 11 | 602-320-0314 |
| | patgitre@patriciagitre.com |
| 12 | |
| | Ivan K. Mathew |
| 13 | Susan Mathew |
| | Mathew & Associates |
| 14 | 6245 N. 24th Parkway, Suite 207 |
| | Phoenix, Arizona 85016 |
| 15 | 602-254-8088 |
| | ikmathew@mathewlaw.com |
| 16 | |
| | Hannah Porter |
| 17 | Woodrow Thompson |
| | Gallagher & Kennedy |
| 18 | 2575 E. Camelback Road, Suite 1100 |
| | Phoenix, AZ 85016-9225 |
| 19 | Hannah.porter@gknet.com |
| | woody.thompson@gknet.com |
| 20 | |
| | *s/ Mali Evans* |
| 21 | Mali Evans |
| | Legal Assistant to Ashley D. Adams |
| 22 | |

3