**ASHLEY D. ADAMS, PLC**
**Ashley D. Adams, 013732**
4301 N. 75th Street
Suite 105
Scottsdale AZ 85251
Phone:        (480) 219-1366
Facsimile:    (480) 219-1451
aadams@azwhitecollarcrime.com
Attorney for Defendant Sherry Ann Pierce

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.  CR17-713-PHX-JJT |
| Plaintiff, | |
| v. | **NOTICE OF FILING SUPPLEMENTAL EXHIBIT TO DKT. 230** |
| Gary Leonard Pierce, et al., | |
| Defendant. | |

Sherry Pierce, by and through undersigned counsel, hereby files a Supplemental Exhibit to DKT. 230.  The attached exhibit is .PDF format of Defendant Pierce's Presentation that counsel was able to obtain from the contractor who assisted with the presentation. While the .PDF is not the exact replica of the presentation, as some pictures serve for multiple "fly ins," it will give the Court enough information to decide whether these family pictures are somehow prejudicial in a case like this.

//

//

RESPECTFULLY SUBMITTED this 29th day of May, 2018.

**ASHLEY D. ADAMS, PLC**


By: *s/Ashley D. Adams*
    Ashley D. Adams
    Attorney for Defendant Sherry Ann Pierce

CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2018, I electronically transmitted foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ ECF registrants:

THE HONORABLE JOHN J. TUCHI
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Phoenix, AZ 85003-2156
Phone: (602) 322-7510
tuchi_chambers@usd.uscourts.gov

Fred Battista
Assistant U.S. Attorney
United States Attorney's Office
Two Renaissance Square
40 North Central Avenue, Ste 1200
Phoenix, Arizona 85004
Fred.Battista@usdoj.gove

Frank Galati
Assistant U.S. Attorney
United States Attorney's Office
Two Renaissance Square
40 North Central Avenue, Ste 1200
Phoenix, Arizona 85004
Frank.Galalit@usdoj.gov

ASHLEY D. ADAMS, PLC
4501 N. 75th Street, Suite 105
Scottsdale, AZ 85251
(480) 219-1366
(480) 219-1366

Pat Gitre
Patricia A. Gitre PLC
801 N. 1ST Avenue
Phoenix, Arizona  85003
602-320-0314
patgitre@patriciagitre.com

Ivan K. Mathew
Susan Mathew
Mathew & Associates
6245 N. 24th Parkway, Suite 207
Phoenix, Arizona 85016
602-254-8088
ikmathew@mathewlaw.com

Hannah Porter
Woodrow Thompson
Gallagher & Kennedy
2575 E. Camelback Road, Suite 1100
Phoenix, AZ 85016-9225
Hannah.porter@gknet.com
woody.thompson@gknet.com

_s/ Mali Evans_
Mali Evans
Legal Assistant to Ashley D. Adams

ASHLEY D. ADAMS, PLC
4500 N. 75ST Street, Suite 105
Scottsdale, AZ 85251
(480) 219-1366
(480) 219-1366