

# The Government vs. Pierce, et al.

*The*
*Pierce*
*Family*

# The Pierce Family

## Service, Community, Volunteerism

Sherry and Gary Pierce

A close, happy family with four grown sons, four daughters-in-law and 13 grandchildren







Serving Arizona
since the 1980's

## Gary Pierce:  Distinguished Career of Service to Arizona



*Gary Pierce*

## Gary Pierce:  Distinguished Career of Service to Arizona

- Yuma County Supervisor in the 1990's

- Arizona Legislature   2001-2006
  - Majority Whip      2005-2006

- Corporation Commission 2007-2014
  - Corporation Commission Chair 2011 and 2012



*Gary Pierce*

# Sherry Pierce: Decades of Community Involvement



*Sherry Pierce with former Gov. Jan Brewer*

· Active in Yuma city politics

· 1990's: worked with Grant Woods' statewide Attorney General campaign

· Republican Precinct Committeeperson for 28 years


Congressional Activities


Mesa Activities

## Sherry active in East Valley politics

- President of Mesa Republican Women for 8+ years

- Board member for 15 years

- Issues researcher

- Her endorsement highly valued

- Sought after as a candidate for public office



## Sherry Active with East Valley Congressional Reps.



Former Rep.
Matt Salmon

- Deputy District Director for Congressman Mat Salmon

- Deputy District Director for Congressman Andy Biggs

- Paid $3,800 to $5,200 per month - much more than she was paid by Kelly Norton

## *Witnesses who will attest to Sherry's political expertise*

- Congressman Andy Biggs

- Former Congressman Matt Salmon

- Former AZ Secretary of State Ken Bennett

- State Rep. Rusty Bowers

- Loraine Pelligrino, President, Arizona Federation of Republican Women

- Ian Murray, Chair, Legislative District 25



Rep.  Andy Biggs

## *Pierce Family in Excellent Financial Health*

- Own their home in Mesa

- Bought two homes they rented to and then sold to their sons

- Owned Forest Lakes cabin free and clear

- Sold Forest Lakes cabin to pay legal expenses of this case





# Pierces owned 4 additional Yuma commercial properties



- 400 S. 3rd Avenue

- 436 S. 3rd Avenue

- 488 S. Orange Avenue
  (sold in 2008)

- 2217 E. 15th Street



**Address Summary:**   View All Address Variation Sources

2625 N 24TH ST UNIT 10, MESA, AZ 85213-1470, MARICOPA COUNTY (Dec 1989 - Oct 201

1175 S BARDEAUX AVE, YUMA, AZ 85364-4133, YUMA COUNTY (Jan 1989 - Jun 2017)

6730 E PRESTON ST UNIT 31, MESA, AZ 85215-1046, MARICOPA COUNTY ( 2007 -  2016)

1973 W 15TH PL, YUMA, AZ 85364-4336, YUMA COUNTY (May 1984 -  2013)

1209 S 5TH AVE, YUMA, AZ 85364-4634, YUMA COUNTY (Mar 1997 - Jan 2003)

5366 W CLIP ST, YUMA, AZ 85364-9703, YUMA COUNTY (May 1984 - Jan 2003)

3040 E NORTHRIDGE ST, MESA, AZ 85213-1631, MARICOPA COUNTY (Jul 1994 -  2000)

276 S ORANGE AVE, YUMA, AZ 85364-2281, YUMA COUNTY (Oct 1996)

1315 W 17TH PL, YUMA, AZ 85364-5341, YUMA COUNTY (Apr 1985 - Apr 1986)

# Sherry Pierce and KNB

Work
documents

- Met regularly with Kelly Norton

- Attended 50-70 meetings and fundraisers in 9-month period

- Sometimes exceeded 40 hours per week

Sherry's
activities



Government's
claims

Sherry with Congressional staffers

17.

## MEMORANDUM

TO: Sherry and Ellen
FROM: Kelly
RE: 12-22-11 Meeting Follow-up

From our meeting here is a list of items we discussed and who will be following up.

Sherry: Continue looking for Mormon Female to run against Bryan Martyn

Continue Adding to Kelly's List of Political Committee Contacts to Organization List. Include Tea Party, Independent , Democrat Groups as well

Get Kelly Information Sheets with demographics of specific districts

Ellen: Add to Kelly's List of Pinal County Organizations we need to be in contact with. Include: Homeowners Associations, Other Community Groups, Media Outlets

Candidates Interviews - With your knowledge of San Tan Valley and Pinal County refine below list of questions/issues important to Pinal County to talk to candidates about.

Kelly: Complete Stakeholder List
Finalize Information sheets on Supervisor Districts

Meeting summary

**Section 1.01 Term** This agreement shall begin on November 9, 2011 and will continue until terminated pursuant to Article VI of the Agreement.

### ARTICLE II
### SERVICES TO BE PERFORMED BY CONTRACTOR

**Section 2.01 Specific Services**
Contractor will help coordinate political development and election projects including establishing political connections, marketing, fundraising, research, etc. as directed by KNB.

**Section 2.02 Method of Performance** Contractor will determine the method, details, and means of performing the above-described services in cooperation with KNB.

**Section 2.03 Independent Contractor** Contractor shall perform the services under this Agreement as an independent contractor and shall not be treated as an employee of KNB

Contract

our meeting here is a list of items we discussed and who will be following up.

Sherry:   Continue looking for Mormon Female to run against Bryan Martyn

Continue Adding to Kelly's List of Political Committee Contacts to Organization List. Include Tea Party, Independent , Democrat Groups as well

Get Kelly Information Sheets with demographics of specific districts

Ellen:   Add to Kelly's List of Pinal County Organizations we need to be in contact with. Include: Homeowners Associations, Other Community Groups, Media Outlets

## MEMORANDUM

TO: Sherry and Ellen
FROM: Kelly
RE: 12-22-11 Meeting Follow-up

From our meeting here is a list of items we discussed and who will be following up.

Sherry: Continue looking for Mormon Female to run against Bryan Martyn

Continue Adding to Kelly's List of Political Committee Contacts to Organization List. Include Tea Party, Independent , Democrat Groups as well

Get Kelly Information Sheets with demographics of specific districts

Ellen: Add to Kelly's List of Pinal County Organizations we need to be in contact with. Include: Homeowners Associations, Other Community Groups, Media Outlets

Candidates Interviews - With your knowledge of San Tan Valley and Pinal County refine below list of questions/issues important to Pinal County to talk to candidates about.

Kelly: Complete Stakeholder List
Finalize Information sheets on Supervisor Districts

Meeting summary

**Section 1.01 Term** This agreement shall begin on November 9, 2011 and will continue until terminated pursuant to Article VI of the Agreement.

### ARTICLE II
### SERVICES TO BE PERFORMED BY CONTRACTOR

**Section 2.01 Specific Services**
Contractor will help coordinate political development and election projects including establishing political connections, marketing, fundraising, research, etc. as directed by KNB.

**Section 2.02 Method of Performance** Contractor will determine the method, details, and means of performing the above-described services in cooperation with KNB.

**Section 2.03 Independent Contractor** Contractor shall perform the services under this Agreement as an independent contractor and shall not be treated as an employee of KNB

Contract

**Section 1.01 Term**  This agreement shall begin on November 9, 2011 and will continu(
until terminated pursuant to Article VI of the Agreement.

## ARTICLE II
## SERVICES TO BE PERFORMED BY CONTRACTOR

**Section 2.01 Specific Services**
Contractor will help coordinate political development and election projects including
establishing political connections, marketing, fundraising, research, etc. as directed by
KNB.

**Section 2.02 Method of Performance**  Contractor will determine the method, details,
and means of performing the above-described services in cooperation with KNB.

**Section 2.03 Independent Contractor** Contractor shall perform the services under thi
Agreement as an independent contractor and shall not be treated as an employee of KN

## *The evidence will show Sherry complied with her contract terms*



· Focused on new Pinal County Supervisor districts, candidates and statewide 501 (c) 4 prospect list.

· Performed geographic/demographic research, phone research, provided reports, attended meetings.

· Gathered and checked petition signatures to qualify candidates for the ballot.

· At Kelly Norton's request, Sherry served as a volunteer, gathering Clean Elections forms and verifying voter eligibility with County Recorders.





Sherry did the work.

Not her husband.

*Government:*
*Consulting fees paid to Sherry Pierce are a bribe.*

*Government:*
*Consulting fees paid to Sherry Pierce are a bribe.*

The evidence will show they are not.

## Sherry Pierce and KNB



· Appropriately paid for work done

· Employed and paid by KNB Consulting, NOT Johnson Utilities

· Unaware of specifics of Johnson affiliation with KNB

· Consulting fees UNRELATED to ANY Corporation Commission business

# *Bona Fide Compensation*



Jury Instruction

"...you may not find any Defendant guilty unless the Government proves that the monies paid to Mrs. Pierce was not a *bona fide* salary, wages, fees, or other compensation paid, or related to expenses incurred in the usual course of business."

# The Government must prove  bribery or quid pro quo



- Sherry worked for KNB from November, 2011 to August, 2012

  - AFTER the Johnson rate case in September, 2011

  - BEFORE the tax pass through vote in February, 2013

# The Government must prove  bribery or quid pro quo



· Sherry worked for KNB from November, 2011 to August, 2012

  · AFTER the Johnson rate case in September, 2011

  · BEFORE the tax pass through vote in February, 2013

· Gary Pierce and ACC Advisor John LeSueur were working on the issue *long before* the period of the indictment

· The government must  prove  *quid pro quo - something for somethng*

# Kelly Norton



Kelly Norton

# Kelly Norton

- Met with FBI in October, 2016
  - Did NOT mention bribery



Kelly Norton

# *Kelly Norton*

· Met with FBI in October, 2016

  · Did NOT mention bribery

· Met with FBI again in March, 2017

  · Received immunity
  · Refused to take polygraph



Kelly Norton



## The Defense Will Show Reasonable Doubt



A reasonable doubt is a doubt based upon *reason* and *common sense.*

## The Defense Will Show Reasonable Doubt



A reasonable doubt is a doubt based upon *reason* and *common sense.*

It may arise from a careful and impartial consideration of all the evidence, or from *lack of evidence.*

# The Defense Will Show Reasonable Doubt

Sherry was qualified to do the work she was hired to do and was paid to do it.

This is a defense under the bribery statute.

Sherry is an acknolwedged force in Arizona politics.

The Pierces faced NO financial difficulties.

Would Pierces risk family, reputation, lifetime of communtiy service for $30,000?



## *Gary and Sherry Pierce:*



## Gary Pierce: Community Leader











# Arizona Corporation Commission






# Government focusing on two ACC Policy Decisions

06-0149                                          08-0180

# Government focusing on two ACC Policy Decisions

06-0149                                    08-0180



Income Tax Pass through

# Government focusing on two ACC Policy Decisions

06-0149

08-0180







As you listen and evaluate the Government's evidence, consider...

*As you listen and evaluate the Government's evidence, consider...*









*As you listen and evaluate the Government's evidence, consider...*





# Corporation Commission has 5 voting members

## 06-0149



4-1 in favor

Yes: Bittersmith
     Burns, Bob
     Pierce
     Stump

No: Burns, Brenda

## 08-0180



3-1-0 in favor

Yes: Newman
     Pierce          Abstained:
     Stump           Burns, Brenda

No: Kennedy

# *Reasonable Doubt*



· Listen carefully, review the evidence

· Decide based on evidence, not speculation

· If there is no bribe, no defendants are guilty of any charged crime



# The Government vs. Pierce, et al.

*The*
*Pierce*
*Family*