**ASHLEY D. ADAMS, PLC**
Ashley D. Adams, 013732
4301 N. 75th Street
Suite 105
Scottsdale AZ 85251
Phone:      (480) 219-1366
Facsimile:  (480) 219-1451
aadams@azwhitecollarcrime.com
Attorney for Defendant Sherry Ann Pierce

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Gary Leonard Pierce, et al.<br><br>Defendant. | No. CR17-713-PHX-JTT<br><br>**DEFENDANTS' NOTICE OF *AMENDED* SCHEDULE OF VIDEO-TELECONFERENCE WITNESSES FOR TRIAL** |

Defendants, by and through undersigned counsel, hereby file Notice that the following witnesses will appear via Video Teleconference on the dates and times that follow from the United States District Court for the District of Columbia, located at 333 Constitution Avenue N.W., 4th Floor, Conference Room 4517, Washington D.C. 20001. Witnesses who are waiting to testify are to wait in Courtroom 8, also located on the 4th Floor. The schedule is as follows:

Douglas Little:     Wednesday June 20, 2018 at 9:00 a.m. (12:00 pm EST)

Mark Spitzer:      Friday June 22, 2018 at 9:00 a.m. (12:00 pm EST)

Andy Biggs:        Friday June 22, 2018, to immediately follow the testimony of Mr. Spitzer

RESPECTFULLY SUBMITTED this 18th day of June, 2018.

**ASHLEY D. ADAMS, PLC**

By: *s/Ashley D. Adams*
    Ashley D. Adams
    Attorney for Defendant Sherry Ann Pierce

CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2018, I electronically transmitted foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

THE HONORABLE JOHN J. TUCHI
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Phoenix, AZ 85003-2156
Phone: (602) 322-7510
tuchi_chambers@usd.uscourts.gov
Julie_Martinez@usd.uscourts.gov

Fred Battista
Assistant U.S. Attorney
United States Attorney's Office
Two Renaissance Square
40 North Central Avenue, Ste 1200
Phoenix, Arizona 85004
Fred.Battista@usdoj.gov

Frank Galati
Assistant U.S. Attorney
United States Attorney's Office
Two Renaissance Square
40 North Central Avenue, Ste 1200
Phoenix, Arizona 85004
Frank.Galati@usdoj.gov

1. John Cramer, VTC Technician
   Dan Barrett, VTC Technician
2. The U.S. District Court, District of Columbia
   333 Constitution Avenue N.W.
3. Washington D.C. 20001
   john_Cramer@dcd.uscourts.gov
4. Dan_Barrett@dcd.uscourts.gov
   (202) 354-3019 – John
5. (202) 354-3217 – Dan

6. Sally Arvizu, VTC
   United States District Court, District of Arizona
7. Sandra Day O'Connor U.S. Courthouse
   401 W. Washington Street
8. Phoenix, AZ 85003
   Sally_arvizu@azd.uscourts.gov
9. (602) 322-7177

10. *s/ Mali Evans*
    Mali Evans
11. Legal Assistant to Ashley D. Adams

**ASHLEY D. ADAMS, PLC**
4301 N. 75th Street, Suite 105
Scottsdale, AZ 85251
(480) 219-1366
(480) 219-1366