ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Assistant U.S. Attorney
Maryland State Bar Member
Email: Fred.Battista@usdoj.gov
FRANK T. GALATI
Assistant U.S. Attorney
Arizona State Bar No. 003404
Email: Frank.Galati@usdoj.gov
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona  85004
Telephone: 602-514-7500
*Attorneys for the United States*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>vs.<br><br>Gary Leonard Pierce, et al.,<br><br>            Defendants. | No. CR-17-00713-PHX-JJT (JZB)<br><br>**UNITED STATES' PROPOSED VERDICT FORMS (REVISED AS TO COUNT 2)** |

The United States submitted its proposed forms of verdict on May 10, 2018. (Doc. 203). The proposed forms of verdict for Count 2, Federal Programs Bribery, did not take into account the Court's ruling (Doc. 185) on defendants' joint motion re: duplicity. (Doc. 111). These proposed forms of verdict do so. No other changes have been made.

Respectfully submitted this 25th day of June, 2018.

                                                                    ELIZABETH A. STRANGE
                                                                    First Assistant United States Attorney
                                                                    District of Arizona

                                                                    *s/Frank T. Galati*
                                                                    FREDERICK A. BATTISTA
                                                                    FRANK T. GALATI
                                                                    Assistant United States Attorneys

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
FREDERICK A. BATTISTA
Assistant U.S. Attorney
Maryland State Bar Member
Email: Fred.Battista@usdoj.gov
FRANK T. GALATI
Assistant U.S. Attorney
Arizona State Bar No. 003404
Email: Frank.Galati@usdoj.gov
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004-4408
Telephone: 602-514-7500
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Gary Leonard Pierce,<br><br>Defendant. | No. CR-17-00713-001-PHX-JJT (JZB)<br><br>**PROPOSED<br>V E R D I C T   F O R M** |

We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths find the defendant, Gary Leonard Pierce, as to the charges of the Indictment:

**COUNT 1**
**Conspiracy**

_____       _____
Guilty                                    Not Guilty

**COUNT 2**
**Federal Programs Bribery**

Re:  Acceptance of checks between November 18, 2011, and August 13, 2012

_____       _____
Guilty                                    Not Guilty

Re:  Solicitation of purchase of land in December 2011

_____            _____
    Guilty                         Not Guilty

## COUNT 3
**Honest Services Mail Fraud**

Re: Alleged on or about August 3, 2012, mailing.

_____            _____
    Guilty                         Not Guilty

## COUNT 4
**Honest Services Wire Fraud**

Re: Alleged on or about June 12, 2012, wire communications from Wells Fargo Bank to Zions First National Bank.

_____            _____
    Guilty                         Not Guilty

## COUNT 5
**Honest Services Wire Fraud**

Re: Alleged on or about July 11, 2012, wire communications from First Fidelity Bank to Wells Fargo Bank.

_____            _____
    Guilty                         Not Guilty

## COUNT 6
**Honest Services Wire Fraud**

Re: Alleged on or about July 31, 2012, wire communications (email) from Sherry Ann Pierce to Kelly Norton.

_____            _____
    Guilty                         Not Guilty

## COUNT 7
**Honest Services Wire Fraud**

Re: Alleged on or about August 6, 2012, wire communications from Wells Fargo Bank to Zions First National Bank.

_____          _____
Guilty                                      Not Guilty

## COUNT 8
**Honest Services Wire Fraud**

Re: Alleged on or about August 9, 2012, wire communications (email) from Kelly Norton to Sherry Ann Pierce.

_____          _____
Guilty                                      Not Guilty

_____          _____
DATE                                      Presiding Juror Number

3

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
FREDERICK A. BATTISTA
Assistant U.S. Attorney
Maryland State Bar Member
Email: Fred.Battista@usdoj.gov
FRANK T. GALATI
Assistant U.S. Attorney
Arizona State Bar No. 003404
Email: Frank.Galati@usdoj.gov
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004-4408
Telephone:  602-514-7500
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>      v.<br><br>George Harry Johnson,<br><br>            Defendant. | No. CR-17-00713-002-PHX-JJT (JZB)<br><br>**PROPOSED<br>V E R D I C T   F O R M** |

We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths find the defendant, George Harry Johnson, as to the charges of the Indictment:

**COUNT 1**
**Conspiracy**

_____         _____
       Guilty                               Not Guilty

**COUNT 2**
**Federal Programs Bribery**

Re:  Acceptance of checks between November 18, 2011, and August 13, 2012

_____         _____
       Guilty                               Not Guilty

Re:  Solicitation of purchase of land in December 2011

_____      _____
Guilty                                          Not Guilty

## COUNT 3
## Honest Services Mail Fraud

Re: Alleged on or about August 3, 2012, mailing.

_____      _____
Guilty                                          Not Guilty

## COUNT 4
## Honest Services Wire Fraud

Re: Alleged on or about June 12, 2012, wire communications from Wells Fargo Bank to Zions First National Bank.

_____      _____
Guilty                                          Not Guilty

## COUNT 5
## Honest Services Wire Fraud

Re: Alleged on or about July 11, 2012, wire communications from First Fidelity Bank to Wells Fargo Bank.

_____      _____
Guilty                                          Not Guilty

## COUNT 6
## Honest Services Wire Fraud

Re: Alleged on or about July 31, 2012, wire communications (email) from Sherry Ann Pierce to Kelly Norton.

_____      _____
Guilty                                          Not Guilty

### COUNT 7
### Honest Services Wire Fraud

Re: Alleged on or about August 6, 2012, wire communications from Wells Fargo Bank to Zions First National Bank.

_____          _____
        Guilty                                Not Guilty

### COUNT 8
### Honest Services Wire Fraud

Re: Alleged on or about August 9, 2012, wire communications (email) from Kelly Norton to Sherry Ann Pierce.

_____          _____
        Guilty                                Not Guilty

_____          _____
DATE                                Presiding Juror Number

3

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
FREDERICK A. BATTISTA
Assistant U.S. Attorney
Maryland State Bar Member
Email: Fred.Battista@usdoj.gov
FRANK T. GALATI
Assistant U.S. Attorney
Arizona State Bar No. 003404
Email: Frank.Galati@usdoj.gov
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004-4408
Telephone:  602-514-7500
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>James Franklin Norton,<br><br>　　　　　Defendant. | No. CR-17-00713-003-PHX-JJT (JZB)<br><br>**PROPOSED<br>V E R D I C T   F O R M** |

　　　We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths find the defendant, James Franklin Norton, as to the charges of the Indictment:

**COUNT 1
Conspiracy**

_____　　　_____
　　　Guilty　　　　　　　　　　　　　Not Guilty

**COUNT 2
Federal Programs Bribery**

Re:  Acceptance of checks between November 18, 2011, and August 13, 2012

_____　　　_____
　　　Guilty　　　　　　　　　　　　　Not Guilty

Re: Solicitation of purchase of land in December 2011

    _____    _____
          Guilty                              Not Guilty

### COUNT 3
### Honest Services Mail Fraud

Re: Alleged on or about August 3, 2012, mailing.

    _____    _____
          Guilty                              Not Guilty

### COUNT 4
### Honest Services Wire Fraud

Re: Alleged on or about June 12, 2012, wire communications from Wells Fargo Bank to Zions First National Bank.

    _____    _____
          Guilty                              Not Guilty

### COUNT 5
### Honest Services Wire Fraud

Re: Alleged on or about July 11, 2012, wire communications from First Fidelity Bank to Wells Fargo Bank.

    _____    _____
          Guilty                              Not Guilty

### COUNT 6
### Honest Services Wire Fraud

Re: Alleged on or about July 31, 2012, wire communications (email) from Sherry Ann Pierce to Kelly Norton.

    _____    _____
          Guilty                              Not Guilty

## COUNT 7
### Honest Services Wire Fraud

Re: Alleged on or about August 6, 2012, wire communications from Wells Fargo Bank to Zions First National Bank.

_____         _____
         Guilty                        Not Guilty

## COUNT 8
### Honest Services Wire Fraud

Re: Alleged on or about August 9, 2012, wire communications (email) from Kelly Norton to Sherry Ann Pierce.

_____         _____
         Guilty                        Not Guilty


_____         _____
DATE                           Presiding Juror Number

3

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
FREDERICK A. BATTISTA
Assistant U.S. Attorney
Maryland State Bar Member
Email: Fred.Battista@usdoj.gov
FRANK T. GALATI
Assistant U.S. Attorney
Arizona State Bar No. 003404
Email: Frank.Galati@usdoj.gov
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004-4408
Telephone:  602-514-7500
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Sherry Ann Pierce,<br><br>　　　　　Defendant. | No. CR-17-00713-004-PHX-JJT (JZB)<br><br>**PROPOSED<br>V E R D I C T   F O R M** |

　　　We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths find the defendant, Sherry Ann Pierce, as to the charges of the Indictment:

**COUNT 1
Conspiracy**

　　_____　　　　　_____
　　　　　　Guilty　　　　　　　　　　　　　　Not Guilty

**COUNT 2
Federal Programs Bribery**

Re:  Acceptance of checks between November 18, 2011, and August 13, 2012

　　_____　　　　　_____
　　　　　　Guilty　　　　　　　　　　　　　　Not Guilty

Re:  Solicitation of purchase of land in December 2011

    _____    _____
          Guilty                              Not Guilty

### COUNT 3
### Honest Services Mail Fraud

Re: Alleged on or about August 3, 2012, mailing.

    _____    _____
          Guilty                              Not Guilty

### COUNT 4
### Honest Services Wire Fraud

Re: Alleged on or about June 12, 2012, wire communications from Wells Fargo Bank to Zions First National Bank.

    _____    _____
          Guilty                              Not Guilty

### COUNT 5
### Honest Services Wire Fraud

Re: Alleged on or about July 11, 2012, wire communications from First Fidelity Bank to Wells Fargo Bank.

    _____    _____
          Guilty                              Not Guilty

### COUNT 6
### Honest Services Wire Fraud

Re: Alleged on or about July 31, 2012, wire communications (email) from Sherry Ann Pierce to Kelly Norton.

    _____    _____
          Guilty                              Not Guilty

## COUNT 7
**Honest Services Wire Fraud**

Re: Alleged on or about August 6, 2012, wire communications from Wells Fargo Bank to Zions First National Bank.

_____        _____
         Guilty                              Not Guilty

## COUNT 8
**Honest Services Wire Fraud**

Re: Alleged on or about August 9, 2012, wire communications (email) from Kelly Norton to Sherry Ann Pierce.

_____        _____
         Guilty                              Not Guilty



_____        _____
DATE                             Presiding Juror Number

3