IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>Gary Leonard Pierce, et al.<br><br>　　　　　　　　Defendants. | No. CR-17-00713-PHX-JJT<br><br>**ORDER** |

　　　　Pursuant to the United States' Motion to Dismiss (Doc. 381) under Fed. R. Crim. P. 48(a), without objection and good cause appearing;

　　　　**IT IS HEREBY ORDERED** dismissing the Indictment in this matter as to defendants Gary Leonard Pierce, George Harry Johnson, James Franklin Norton and Sherry Ann Pierce.

　　　　Dated this 8th day of August, 2018.

　　　　　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　　　　　United States District Judge